UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

YOKO TOKUICHI,

                Plaintiff,

-v-

KIMBERLY PERRONE, URBAN OASIS
DESIGN LLC *d/b/c* BLOOM FLOWERS,

                Defendants.

-------------------------------------------------------X

No. 19-CV-1749 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 18, 2019, the Court granted the parties an additional three weeks to work towards a potential settlement. No later than November 21, 2019, the parties shall submit a joint letter updating the Court on the status of settlement.

SO ORDERED.

Dated:     November 14, 2019
             New York, New York

_____
Ronnie Abrams
United States District Judge