USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/30/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

YOKO TOKUICHI,

                        Plaintiff,

-v-

KIMBERLY PERRONE, URBAN OASIS
DESIGN LLC d/b/c BLOOM FLOWERS,

                       Defendants.

------------------------------------------------------X

No. 19-CV-1749 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 26, 2019, the Court directed the parties to take one of the following three actions no later than December 17, 2019: (1) Consent to conducting all further proceedings before Magistrate Judge Parker, (2) Submit a stipulation or notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41, or (3) Submit a joint letter setting forth their views as to why their settlement is fair and reasonable and should be approved, accompanied by all necessary supporting materials, including contemporaneous billing records for the attorney's fees and costs provided for in the settlement agreement. The parties have yet to take any of these actions. The parties shall do so by January 13, 2020.

SO ORDERED.

Dated:     December 30, 2019
             New York, New York

Ronnie Abrams
United States District Judge