```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

Yoko Tokuichi,

                          Plaintiff,                  **19-cv-01749 (KHP)**

            -against-                           **ORDER**

Kimberly Perrone and Urban Oasis
Design LLC d/b/a Bloom Flowers ,

                          Defendants.
```
------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The parties are directed to file a status letter by no later than **January 31, 2020** advising the Court whether this action has settled, will be voluntarily dismissed, or whether the parties wish to schedule a conference before this Court. If the parties have settled this action, they should also submit a proposed settlement agreement with their letter for approval.

      **SO ORDERED**.

Dated: January 27, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2020